# Exhibit 1

**MISSOURI**
DEPARTMENT OF
NATURAL RESOURCES

**Mike Kehoe**
Governor

**Kurt U. Schaefer**
Director

June 18, 2026

The Honorable Henry E. Autrey
United States District Judge
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

Re: United States vs. Missouri Mining Investments, LLC et al. 4:24-CV-00144-HEA

Dear Judge Autrey:

I am writing in my capacity as the Deputy Director of the Missouri Department of Natural Resources to comment on the proposed consent decree process in light of your recent Order to Show cause.

The allegations in the complaint all involve a water permit issued by the State of Missouri and enforced by the State since 2019. Part of this enforcement involved an administrative complaint issued by the Missouri Department of Natural Resources in 2022. EPA filed its own administrative action in 2023. In February 2025, Missouri asked the Department of Justice ("DOJ") to return the matter to the State of Missouri. The response of DOJ was to preemptively file this lawsuit that was never intended for litigation. Recent attempts to return the matter to the State have been rejected.

While we see the facts at issue here very differently than the plaintiff, we would welcome an opportunity to conclude our administrative action. The vast majority of the work contemplated by said action has been completed though permit requirements. A dismissal without prejudice with a referral to the State of Missouri is in the public interest.

If the plaintiff's case was allowed to continue, we would consider filing comments to a draft consent decree with much more detail. In light of your recent order, we felt providing the court the perspective of the State of Missouri at this time was appropriate.

We appreciate your consideration of this matter.

Sincerely,

Jake Buxton
Deputy Director