# Exhibit A

**From:** Rob Olian <[redacted]>
**Sent:** Wednesday, April 9, 2025 5:15 PM
**To:** Poloncarz, Kevin; Joanna (ENRD) Day; Natalie (ENRD) Baughman
**Subject:** DRAFT term sheet
**Attachments:** 2025-04-09 Mediation Term Sheet.docx

**[EXTERNAL]**
Good afternoon everyone-

I've attached a draft term sheet, with emphasis on the word "draft". While I try to take notes during the mediation, there are times when I am more focused on watching and listenting to the speaker, and it is entirely possible that I missed some nuance or a whole point entirely. So, please edit the attached as you deem necessary, with the admonition that this is intended to be a marker to guide your future discussion of CD language and not a mini-CD.

Of course, as I said at the beginning of the mediation, nothing is agreed to until everything is agreed to - the term sheet is intended to serve as summary of what has been agreed to so far.

Once I hear back from each of you, I'll combine the comments and circulate a final term sheet for signature, at which point we should all hope that my involvement in the process will end.

Thanks again to everyone for committing to the mediation process with the flexibility it needed to be successful.

Rob

**Robert Olian**
**President**

**envADR LLC**

294 Delta Rd., Highland Park, IL 60035

[redacted]

www.envadr.com