# Exhibit B

# 2025-04-09 Mediation Draft Term Sheet

## Civil Penalty - $1,250,000

Subject to approval by Missouri Cobalt Board - should Board not approve, the defendants understand the plaintiffs intend to resume the litigation track.

## Removal of EOI from ongoing obligations in litigation

Parties to engage in good faith discussions about how to effectuate this in a fashion that addresses their mutual concerns:

- Process - i.e, amended complaint not naming EOI, dismissal of EOI, etc.
- Timing

## CD obligations to be non-joint&several

Parties to engage in good faith discussions about how to effectuate this in a fashion that addresses their mutual concerns—e.g., government concerns about financial resources available to MMI and Missouri Cobalt, respectively, both for purposes of implementing compliance components and for purposes of stipulated penalties.

## Defendants agree to implement injunctive/compliance components previously set forth by plaintiffs

- Defendants commit to install and operate CoMag in the Decree
- Management and audits
    - Hire senior VP-level environmental manager
    - Hire on-site CWA manager responsible for compliance
    - 3rd party auditor to conduct CWA compliance audit
- Other injunctive relief (summarized below) as more particularly set forth at the 12/19/2024 settlement meeting and in the plaintiffs' mediation statement:

- Outfall 001
    - If tailings cap fails to eliminate effluent limit violations within 3 months of lodging the consent decree, must implement additional treatment measures
    - Install flow monitoring equipment at outfall
- Outfall 002
    - Install evaporator and conduct pilot study
    - If evaporator fails to meet pilot study criteria and permit requirements, must implement new technology
    - Install flow monitoring equipment at outfall
- Update and implement a comprehensive stormwater management plan

## Non-pejorative consent decree language

- Preamble language to effect of No admission/defendants contest liability
- No "bad boy" language in CD or associated press release

## Standard CD language except as necessary to effectuate the provisions herein

## Decree to terminate 1 year after entry if defendants demonstrate they are in compliance with its terms