**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**ENVIRONMENTAL OPERATIONS INC., et al.**<br><br>***Defendants*.** | **No. 4:24-cv-00144** |

**DEFENDANTS' CROSS MOTION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Defendants, by and through their counsel, and move the Court to enter an order dismissing this case with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. As explained in the accompanying memorandum, the Court here has repeatedly put the Government on notice that its failure to file a consent decree or voluntarily dismiss the case by an imposed deadline would result in a dismissal with prejudice. Despite these repeated warnings, those deadlines have repeatedly been missed, and no such filing has been made. Although the parties have been negotiating in good faith during this time, the Government has known Defendant's position about what terms needed to be in any Consent Decree—including Defendants' insistence that Environmental Operations, Inc. be removed as a party—and the Government could have chosen to move forward fifteen months ago if those terms were unworkable. Accordingly, Defendants respectfully request that the Court dismiss with prejudice for failure to prosecute.

September 14, 2026

Respectfully submitted.

Jeffrey B. Jensen (MS Bar No. 46745)
TORRIDON LAW PLLC
801 Seventeenth Street N.W.
Suite 1100
Washington, DC 20006
(202) 249-6900
jjensen@torridonlaw.com

/s/ *Kevin Poloncarz*
Kevin Poloncarz (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7070
kpoloncarz@cov.com

*Counsel for Environmental Operations, Inc., Missouri Cobalt, LLC, and Missouri Mining Investments, LLC*

September 14, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system and thereby served upon all counsel of record.

September 14, 2026

/s/ *Kevin Poloncarz*
Kevin Poloncarz