**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ENVIRONMENTAL OPERATIONS INC., et al.**<br><br>***Defendants*.** | **No. 4:24-cv-00144** |

**PROPOSED ORDER GRANTING DEFENDANTS' CROSS MOTION FOR DISMISSAL WITH PREJUDICE**

At St. Louis this _____ day of ___________, 2026;

WHEREAS, the United States filed this action on January 6, 2024 alleging that Defendants Environmental Operations, Inc.; Missouri Cobalt, LLC; and Missouri Mining Investments, LLC violated certain provisions of the Clean Water Act;

WHEREAS, on June 28, 2024 the Court referred the case to alternative dispute resolution, ECF No. 26;

WHEREAS, on May 5, 2025, the mediator advised the Court that the matter had achieved a settlement, ECF No. 37;

WHEREAS, on May 5, 2025, the Court ordered the parties to file by June 19, 2025, a "stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment," and failure to do so would "result in dismissal of this action with prejudice," ECF No. 38;

WHEREAS, on June 19, 2025, the parties filed a joint motion requesting that the Court extend the deadline by ninety days, ECF No. 40, which the Court granted the following day, ECF No. 41;

WHEREAS, on September 16, 2025, the Parties filed a Joint Motion to Further Stay Proceedings for a period of 120-days, ECF No. 43;

WHEREAS, on October 1, 2025, the United States filed a Motion for a Stay of Proceedings in Light of Lapse of Appropriations, ECF No 44;

WHEREAS, on November 4, 2025, the Court denied the Joint Motion to Stay (ECF No. 43) as moot, ECF No. 45, and stayed the proceedings due to the lapse in appropriations, and stayed the proceedings for an additional 30 days, ECF No. 46;

WHEREAS, on December 19, 2025, two weeks after the deadline to file a consent decree had passed, the parties jointly moved for an order extending the deadline to April 1, 2026. ECF No. 47;

WHEREAS, the Court gave the parties until May 11, 2026 to finalize the consent decree before it would dismiss the case with prejudice, warning that "NO ADDITIONAL STAYS WILL BE GRANTED, CONSISTENT WITH THE STATEMENTS OF THE PARTIES," ECF No. 50;

WHEREAS, May 11 passed without a consent decree being filed so on June 10, 2026, the Court issued an order to show cause why "this case should not be dismissed with prejudice for failure to follow the Court's Orders and/or for failure to prosecute," ECF No. 51;

WHEREAS, after fifteen months of negotiations, the United States now seeks to litigate its claims, ECF No. 55;

WHEREAS, Defendants cross-move for dismissal with prejudice in light of this Court's April 13 show-cause order and given the apparent futility of the negotiations that the United States intentionally pursued.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Cross-Motion for Dismissal with Prejudice is GRANTED; and it is further

**ORDERED** that Plaintiff's Motion to Lift the Stay is DENIED as moot.

SO ORDERED this __________ day of _______________, 2026.

______________________________
Hon. Henry E. Autrey
UNITED STATES DISTRICT JUDGE